PHH Mortgage Corporation, Appellant, v Michael Hamer, Also Known as Michael J. Hamer, et al., Defendants,

and Robert J. Nicholson, Respondent. [53 NYS3d 876]—Appeal from an order of the Supreme Court, Oswego County (James W. McCarthy, J.), entered May 19, 2016. The order, among other things, denied plaintiff's motion to vacate the foreclosure sale and relieve the bid of third-party purchaser Robert J. Nicholson.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2016 NY Slip Op 26469). Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.